1    Kevin J. Holl, SBN 124830
2    Charlie Y. Chou, SBN 248369
     **GORDON-CREED, KELLEY,**
3    **HOLL & SUGERMAN, LLP**
     222 Kearny Street, Suite 650
4    San Francisco, California  94108
     Telephone:  (415) 421-3100
5    Facsimile:  (415) 421-3150

6

7    Attorneys for Defendants
     DOLLAR FINANCIAL GROUP, INC.;
8    DFC GLOBAL CORP (ERRONEOUSLY SUED AS DFC GLOBAL D/B/A MONEY MART);
     MONETARY MANAGEMENT OF CALIFORNIA, INC. D/B/A MONEY MART

9

10    Michael J. Manning, SBN 286879
     Joseph R. Manning, Jr., SBN 223381
11    **MANNING LAW, PLLC**
     4667 MacArthur Blvd., Suite 150
12    Newport Beach, CA  92660
     Tel:  (949) 200-8755
13    Fax:  (408) 843-8308

14

15    Attorneys for Plaintiff
     HEATHER KUNERT

16

                UNITED STATES DISTRICT COURT

17            EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| HEATHER KUNERT, | Case No.:  2:14-CV-01668-MCE-CKD |
|          Plaintiff, | |
|      vs. | **STIPULATION TO DISMISS THE COURT CASE AND SUBMIT THE CASE TO BINDING ARBITRATION** |
| CHECK 'N GO OF CALIFORNIA, INC. D/B/A CHECK 'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. D/B/A CHECK N' GO AVANTE TELADVANCE, INC. D/B/A CHECK 'N GO ONLINE; DOLLAR FINANCIAL GROUP, INC.; DFC GLOBAL D/B/A/ MONEY MART; MONETARY MANAGEMENT OF CALIFORNIA, INC. D/B/A MONEY MART  and DOES 1-100, inclusive, | |
|          Defendants. | |

1    Plaintiff HEATHER KUNERT ("Plaintiff") and Defendants DOLLAR FINANCIAL GROUP,
2    INC.; DFC GLOBAL CORP (ERRONEOUSLY SUED AS DFC GLOBAL D/B/A MONEY MART);
3    MONETARY MANAGEMENT OF CALIFORNIA, INC. D/B/A MONEY MART (collectively the
4    "Defendants"), by and through their respective counsel, hereby submit this Stipulation to Dismiss the
5    Entire Court Case and Submit the Case to Binding Arbitration:

6        1.    The Complaint in the above-captioned action was filed by Plaintiff Heather Kunert on
7    June 5, 2014 in California Superior Court, Sacramento County.  Dkt. No. 1-1 at 2 – 24.

8        2.    Defendants filed an answer to Plaintiff's complaint in state court on July 15, 2014.  Dkt.
9    No. 1-1 at 45 – 51.  The case was subsequently removed to this Court under federal question and
10   diversity jurisdiction on July 15, 2014.  Dkt. No. 1 at 3 – 6.

11       4.    The parties submitted a Joint Rule 26(f) Report on September 15, 2014.  Dkt. No. 11.  In
12   that Report the parties informed the Court that they have agreed to enter into a stipulation to arbitrate all
13   of the claims set forth in Plaintiff's Complaint and that said stipulation would be filed on or before
14   October 15, 2014.  *Id*. at 2.

15       4.    As a result of the parties' agreement, Plaintiff agrees to submit her claims at issue in the
16   above-referenced action to final and binding arbitration.

17   //
18   //
19   //
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //

STIPULATION TO DISMISS THE COURT CASE AND SUBMIT THE CASE TO BINDING ARBITRATION

1        5.    The parties agree that this court case should be dismissed without prejudice, and the case

2    will be sent to binding arbitration.

3

4        **IT IS SO STIPULATED:**

5

6    Dated: October _____, 2014          MANNING LAW, PLLC

7

8                                  By:  _____

9                                          Michael J. Manning

                                      Attorneys for Defendant

10                                         HEATHER KUNERT

11   Dated: October _____, 2014          GORDON-CREED, KELLEY,

12                                    HOLL & SUGERMAN, LLP

13                                 By:  _____*/s/ Charlie Y. Chou*_____

14                                         Kevin J. Holl

                                      Charlie Y. Chou

15                                         Attorneys for Defendants

16                                         DOLLAR FINANCIAL GROUP, INC. d/b/a

                                      LOAN/MONEY MART

17

18   ///
    ///
19   ///
    ///
20   ///
    ///
21   ///
    ///
22   ///
    ///
23   ///
    ///
24   ///
    ///
25   ///
    ///
26   ///
    ///
27   ///
    ///
28   ///

## ORDER

Pursuant to the parties' stipulation and good cause appearing, it is hereby ordered, adjudged and decreed that:

1.  Plaintiff Heather Kunert shall submit her claims at issue in the above-referenced action and as set forth in her Complaint (Dkt. No. 1-1 at 2 – 24) to final and binding arbitration; and

2.  Plaintiff Kunert's action in this court is hereby DISMISSED without prejudice.  The Clerk of the Court is directed to CLOSE this case.

**IT IS SO ORDERED.**

Dated:  October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO DISMISS THE COURT CASE AND SUBMIT THE CASE TO BINDING ARBITRATION